


FILED

MAY 1 1 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# United States District Court
## Eastern District of California

| LYNETTE EDWARDS, et al. | Case Number: | 1:22-cv-00433-DAD-EPG |

Plaintiff(s)

V.

MERCK & CO., INC., et al.,

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Kimberly Beck__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Lynette Edwards and Melissa Royston (Plaintiffs)

On __11/06/2006__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Ohio__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Applications are being concurrently filed in three related cases.

Date: __05/09/2022__     Signature of Applicant: /s/ __Kimberly L. Beck__

**Pro Hac Vice Attorney**

Applicant's Name: Kimberly Beck

Law Firm Name: Beck Law Center, LLC

Address: 201 E. 5th Street, Suite 1900

City: Cincinnati   State: OH   Zip: 45202

Phone Number w/Area Code: (513) 509-5683

City and State of Residence: Cincinnati, Ohio

Primary E-mail Address: kim@becklawcenter.com

Secondary E-mail Address: mickie@becklawcenter.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Shehnaz M. Bhujwala

Law Firm Name: Boucher LLP

Address: 21600 Oxnard Street, Suite 600

City: Woodland Hills   State: CA   Zip: 91367

Phone Number w/Area Code: (818) 340-5400   Bar #: CA 223484

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/11/22

_____
JUDGE, U.S. DISTRICT COURT